UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-00464-BR

| | | |
|---|---|---|
| JASON AKERBERG, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

ON THIS DAY came the parties, through counsel, on the Joint Motion to Transfer Venue, pursuant to 28 U.S.C. 1404(a) to the United States District Court for the Middle District of North Carolina, and to Extend the Responsive Pleading Deadline in the Middle District of North Carolina, pursuant to Federal Rules of Civil Procedure 6(b).

AND it appearing that the proper venue for this matter pursuant to 28 U.S.C. 1402(b) is the Middle District of this Court, as the acts and omissions alleged in the Complaint occurred at the Durham VA Medical Center.

And it further appearing that the parties, by counsel, have conferred and agreed that the defendant's time for filing an answer or other responsive pleading to the Complaint in the Middle District of North Carolina shall be extended for an additional sixty (60) days from the date of the filing of this order.

It is hereby ORDERED that this matter be transferred from the docket of this Court to United States District Court for the Middle District of North Carolina and that the defendant shall have an additional sixty (60) from the date of filing of this order in which to file responsive

pleadings to the Complaint in the Middle District of North Carolina.

This 24 August 2016.

_____
W. Earl Britt
Senior U.S. District Judge